IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. WAYNE,<br><br>    Petitioner,<br><br>  vs.<br><br>THOMAS FELKER, Acting Warden, et al.<br><br>    Respondents. | Case No. 2:03-cv-02437 JKS DAD<br><br><br>ORDER |

On February 1, 2008, the Court denied Petitioner's application for a writ of habeas corpus. Docket No. 18.  The Court also declined to issue a Certificate of Appealability ("COA") and instructed Petitioner that any further request should be addressed to the Court of Appeals.  *Id*. Petitioner has now filed a pleading requesting a new judge and arguing his application should have been granted.  Docket No. 20.  This Court has liberally construed Petitioner's filing as a Notice of Appeal and deems it a request for a Certificate of Appeal.[1]  As the Court has already declined to issue a COA, Petitioner should have filed his request in the Ninth Circuit Court of Appeals.  *See* Fed. R. App. P. 22(b); Ninth Circuit R. 22-1.   Accordingly, the Clerk shall forward Petitioner's filing at Docket No. 20 to the Ninth Circuit Court of Appeals.

    Dated this the 27th day of February 2008.


                                                                    /s/ James K. Singleton, Jr.
                                                                **JAMES K. SINGLETON, JR.**
                                                                United States District Judge

---

[1]To the extent Petitioner argues the Court is biased, the Court finds Petitioner has failed to submit a timely and sufficient affidavit.  *See* 28 U.S.C. § 144.  Further, no circumstances exist that might cause the Court's impartiality to be reasonably questioned.  *See* 28 U.S.C. § 455.

1