IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC L. WAYNE,

    Petitioner,                      No. CIV S-03-2437 JKS DAD P

    vs.

THOMAS FELKER, et al.,

    Respondents.                 ORDER

                              /

        This petition for a writ of habeas corpus was dismissed on February 1, 2008. On January 20, 2009 and March 13, 2009, petitioner filed letters with this court requesting that alleged errors in the sentence imposed in his underlying criminal case be corrected. Petitioner is advised that documents filed by him after the date this habeas action was closed, including the two letters referenced above, will be disregarded. No orders will issue in response to future filings.

DATED: April 7, 2009.

                                                                   DALE A. DROZD
                                                                   UNITED STATES MAGISTRATE JUDGE

dad:8:wayne2437.158